**Garen SHAMEYAN, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 14-70987**

United States Court of Appeals, Ninth Circuit.

Submitted December 8, 2016 *
Pasadena, California

Filed December 19, 2016

Ruben Neshan Sarkisian, Attorney, Glendale, CA, for Petitioner

Kate Deboer Balaban, Esquire, Trial Attorney, Jennifer R. Khouri, Attorney, OIL, Margaret Kuehne Taylor, Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: CALLAHAN, BEA, and IKUTA, Circuit Judges.

MEMORANDUM **

Garen Shameyan, a native and citizen of Armenia, petitions for review of the Board of Immigration Appeals's (BIA) denial of his motion to reconsider and reopen.

Shameyan's only argument on appeal—that the BIA erred in not reopening his case in light of our decision in *Quintero–Salazar v. Keisler*, 506 F.3d 688 (9th Cir. 2007)—involves an exercise of the BIA's sua sponte authority.[1] *See In re G–D–*, 22 I. & N. Dec. 1132, 1135 (BIA 1999). Shameyan does not claim that the BIA made any legal or constitutional error, *cf. Bonilla v. Lynch*, 840 F.3d 575, 588 (9th Cir. 2016), and we lack jurisdiction to review

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

1. Shameyan waived his claims that the BIA erred in rejecting Dr. Jasmine Tehrani's psy-

the BIA's discretionary decision not to reopen proceedings *sua sponte, see Mejia–Hernandez v. Holder*, 633 F.3d 818, 823–24 (9th Cir. 2011).

**PETITION DISMISSED.**

chological evaluation, and that the BIA erred in reaffirming its prior decision denying equitable tolling. *See Martinez–Serrano v. I.N.S.*, 94 F.3d 1256, 1259 (9th Cir. 1996).